```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
   UNITED STATES OF AMERICA,             :
                                                        :
                   -against-                :
                                                        :
   TIMOTHY LANGS,                          :              1:18-cr-235-GHW
                                                        :
                   Defendant.               :                   ORDER
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On May 5, 2020, the defendant filed a motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). Dkt. No. 147. The United States is directed to file any response to that motion no later than May 11, 2020. If the United States does not wish to be heard with respect to the motion, the Court requests that it submit a letter to that effect as promptly as practicable, but in any event no later than May 11, 2020.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 146.

SO ORDERED.

Dated: May 5, 2020

                                                                                  GREGORY H. WOODS
                                                                  United States District Judge